160 A.3d 558

**WEST**

**v.**

**LUEST**

**Pet. Docket No. 23, Sept. Term, 2017**

Court of Appeals of Maryland.

May 22, 2017

Opinion of the Court of Special Appeals unreported (No. 2548, Sept. Term, 2015).

Petition for writ of certiorari denied.

■

160 A.3d 558

**MANCHAME–GUERRA, Rudy Ismael**

**v.**

**STATE of Maryland**

**Pet. Docket No. 638, Sept. Term, 2016**

Court of Appeals of Maryland.

May 23, 2017

Opinion of the Court of Special Appeals unreported (No. 899, Sept. Term, 2015). Transferred to the regular docket as No. 14, Sept. Term, 2017.

Petition for writ of certiorari granted.